No. 82–1474. HOOVER ET AL. *v.* RONWIN ET AL. C. A. 9th Cir. [Certiorari granted, 461 U. S. 926.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and 15 minutes of respondents' time for oral argument is allotted for that purpose. Motion of Maryland et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 82–1577. MICHIGAN CANNERS & FREEZERS ASSN., INC., ET AL. *v.* AGRICULTURAL MARKETING AND BARGAINING BOARD ET AL. Sup. Ct. Mich. [Probable jurisdiction noted, *ante*, p. 912.] Motion of appellees for divided argument denied.

No. 82–1721. SEATTLE TIMES CO., DBA THE SEATTLE TIMES, ET AL. *v.* RHINEHART ET AL. Sup. Ct. Wash. [Certiorari granted, *ante*, p. 812.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 82–1795. CAPITAL CITIES CABLE, INC., ET AL. *v.* CRISP, DIRECTOR, OKLAHOMA ALCOHOLIC BEVERAGE CONTROL BOARD. C. A. 10th Cir. [Certiorari granted, *ante*, p. 813.] Motion of National League of Cities for leave to file a brief as *amicus curiae* granted.

No. 82–1845. COLORADO *v.* NUNEZ. Sup. Ct. Colo. [Certiorari granted, *ante*, p. 812.] Motion of respondent to dismiss the writ of certiorari for want of jurisdiction denied.

No. 82–1913. GARCIA *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and
No. 82–1951. DONOVAN, SECRETARY OF LABOR *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL. D. C. W. D. Tex. [Probable jurisdiction noted, *ante*, p. 812.] Motion of the Solicitor General to dispense with printing the joint appendix granted.